*A. E. Hurshman,* for appellants.

*Raymond L. Shapiro,* with him *Wexler, Mulder & Weisman,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Decree affirmed at appellants' cost.

Commonwealth *v.* Newman, Appellant.

Submitted November 11, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant.

*Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.